```
                    UNITED STATES DISTRICT COURT
                   EASTERN DIVISION OF MISSOURI
                         EASTERN DIVISION
```

WILLIAM BRADFORD,            )
                             )
        Plaintiff,            )
                             )      No.  4:05CV00041 FRB
                             )
v.                           )
                             )
JAMES PURKETT, et al.,       )
                             )
        Defendants.          )

## JUDGMENT

In accordance with the Memorandum and Order filed herewith,

**IT IS HEREBY ORDERED** that defendants James Purkett and James LaBundy shall have judgment against plaintiff William Bradford on his claims of violation of his rights under the Eighth and Fourteenth Amendments of the United States Constitution.

**IT IS FURTHER ORDERED** that, because this Court declines to exercise supplemental jurisdiction over plaintiff's pendent state law claim, that claim is dismissed without prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of March, 2007.